# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-019 ADM/TNL |
| ) | |
| MICHAEL JOHN WALKER ) | |
| _____ | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-014 RHK/FLN |
| ) | |
| MICHAEL JOHN WALKER ) | |
| _____ | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-130 JNE |
| ) | |
| MICHAEL JOHN WALKER ) | |
| _____ | |

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■   Cases involving the same defendant(s), whether the prior cases are open or closed.

Dated: Jan. 22, 2014                              Respectfully submitted,

                                                  JOHN R. MARTI
                                                  Acting United States Attorney

                                                  s/Amber M. Brennan
                                                  BY:  AMBER M. BRENNAN
                                                  Assistant United States Attorney
                                                  Attorney ID No. 0285961